IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| JOHNNY EDWARDS, | ) |  |
|---|---|---|
| Petitioner, | ) |  |
| vs. | ) | CIV. ACT. NO. 1:18-cv-448-TFM-MU |
| WALTER MYERS, | ) |  |
| Respondent. | ) |  |

## MEMORANDUM OPINION AND ORDER

On June 5, 2019, the Magistrate Judge entered a Report and Recommendation to which no objections have been filed. *See* Doc. 19. After due and proper consideration of the issue raised, the Report and Recommendation is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that the petition is **DISMISSED and DENIED with prejudice** for the reasons articulated in the Report and Recommendation.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the 23rd day of July 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE